**Ronald CHANDLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41034.**

Missouri Court of Appeals,
Western District.

May 23, 1989.

Ronald Chandler, Moberly, pro se.

William L. Webster, Atty. Gen., Daryl R. Hylton, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
LOWENSTEIN and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief after a hearing.

Judgment affirmed.   Rule 84.16(b).